

United States Courts
Southern District of Texas
FILED

MAR 14 2018

David J. Bradley, Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| v. | § Criminal No. |
| JUAN JAVIER REYNA, | § |
| Defendant. | § |

**18 CR 136**

## INDICTMENT

THE GRAND JURY CHARGES:

### THE COUNT
(Escape – 18 U.S.C. § 751(a))

On or about October 29, 2016, in the Southern District of Texas, the defendant,

**JUAN JAVIER REYNA;**

did knowingly escape from the custody of the Leidel Residential Reentry Center, a contracted correctional facility of the Federal Bureau of Prisons and an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the United States District Court for the Southern District of Texas upon conviction for the felony crime of Conspiracy to Possess With Intent to Distribute 100 Kilograms or More of Marijuana, a Schedule I Controlled Substance under Title 21, United States Code, Sections 841(a)(1),

1

841(b)(1)(B), 851, and Title 18, United States Code, Section 2 in Case 5:12CR00808-001; in violation of Title 18, United States Code § 751(a).

A TRUE BILL:

By: _____Original signature on File_____
Foreperson of the Grand Jury

RYAN K. PATRICK
UNITED STATES ATTORNEY

By: _____
Sebastian A. Edwards
Assistant United States Attorney

2